UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIMEE E. BLANKENSHIP,<br><br>                              Plaintiff,<br>v.<br><br>WEBER & OLCESE, PLC, a Michigan Professional Limited Liability Company,<br><br>                              Defendant. | Case No. 1:16-cv-00371-PLM<br><br>Hon. Paul L. Maloney |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Aimée E. Blankenship, through her attorney of record, files this Notice of Dismissal, with no defendant having served either an answer or a motion for summary judgment.

This action is dismissed as to all defendants.

Dated: May 3, 2016

/s/ Kristen L. Krol
Kristen L. Krol (P55103)
The Krol Law Firm, PLLC
Attorney for Plaintiff
4710 W. Saginaw Highway, Suite C
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com